THE STATE OF OHIO, APPELLANT, *v.* BROOKS, APPELLEE.

[Cite as *State v. Brooks,* 124 Ohio St.3d 99, 2009-Ohio-6409.]

(No. 2009–1516—Submitted November 17, 2009—Decided December 10, 2009.)

———————

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals to apply *State v. Brewer,* 121 Ohio St.3d 202, 2009-Ohio-593, 903 N.E.2d 284.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath and Brian M. McDonough, Assistant Prosecuting Attorneys, for appellant.